IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AXIS SPECIALTY EUROPE SE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. CIV-25-819-SLP |
| | ) |
| BITCO GENERAL INSURANCE | ) |
| CORPORATION and GREENWICH | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

# O R D E R

Before the Court is Plaintiff Axis Specialty Europe SE's ("Plaintiff's) Motion to Consolidate [Doc. No. 13]. In its Motion, Plaintiff requests the consolidation of the present matter, assigned to the undersigned, and *BITCO General Insurance Corporation v. BJ's Oil Construction Inc., et al.*, Western District of Oklahoma case number CV-25-405-G, assigned to United States District Judge Charles Goodwin.

"Rule 42(a)(2) [of the Federal Rules of Civil Procedure] gives a district court discretionary authority to consolidate actions that involve a common question of law or fact." *Seay v. Oklahoma Bd. Of Dentistry*, No. CIV-20-915-D, 2021 WL 1341361, *1 (W.D. Okla. Apr. 9, 2021) (citing *Shump v. Balka*, 574 F.2d 1341, 1344 (10th Cir. 1978); *Gilette Motor Transp. v. N. Okla. Butane Co.*, 179 F.2d 711, 712 (10th Cir. 1950)). It does appear that there are factual and legal issues that overlap between the two matters. However, not all parties in the present matter have entered their respective appearances.[1]

---

[1] Based upon representations made in its Motion, Plaintiff served Defendant Greenwich Insurance

As such, the Court does not currently have enough information to make an informed decision as to the appropriateness of consolidation.

    IT IS THEREFORE ORDERED Plaintiff's Motion to Consolidate [Doc. No. 13] is DENIED as premature.

    IT IS SO ORDERED this 3rd day of October, 2025.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE

---

Company with the Complaint [Doc. No. 1] on August 4, 2025 through the Oklahoma Department of Insurance. [Doc No. 13 at *1].